IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>            Petitioner,<br><br>   v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>            Respondent<br>_____ / | No. C-09-1326 MMC<br><br>**ORDER DIRECTING PETITIONER TO SUBMIT CHAMBERS COPY OF EACH DOCUMENT FILED MARCH 26, 2009** |

On March 30, 2009, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS petitioner to submit a chambers copy of each document filed March 26, 2009 (see Documents No. 1-3, 5-11, 13), as well as a chambers copy of the document petitioner seeks to have filed under seal (see Document No. 4).

**IT IS SO ORDERED.**

Dated: April 1, 2009

MAXINE M. CHESNEY
United States District Judge