SHEPPARD MULLIN RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELISE SARA, Cal. Bar. No. 253813
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947
Email:         cdonovan@sheppardmullin.com

Attorneys for Petitioner
SONY ERICSSON MOBILE
COMMUNICATIONS AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>Petitioner,<br><br>v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED, also known as, "DELTA ELECTRONICS PUBLIC COMPANY LIMITED (THAILAND),"<br><br>Respondent. | Case No.  9-1326 MMC<br><br>[PROPOSED] ORDER GRANTING EX PARTE REQUEST TO FILE DOCUMENTS UNDER SEAL |

-1-

## ORDER

On March 26, 2009, ~~in Courtroom ___ of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102~~, Petitioner Sony Ericsson Mobile Communications AB applied for an *ex parte* order permitting it to file portions of Exhibit A of its Request for Judicial Notice, the Affirmation of Magnus Steen in Case No. 09 CIV 00995 in the Southern District of New York, under seal.

The Court, having considered all papers, ~~having heard argument of counsel,~~ and finding good cause, hereby grants Sony Ericsson Mobile Communications AB's *Ex Parte* Application to file Exhibit 2 to the Affirmation of Magnus Steen, which represents a part of Sony Ericsson Mobile Communications AB's Exhibit A to its Request for Judicial Notice, under seal.

**IT IS SO ORDERED.**

Dated: April 6, 2009

_____
UNITED STATES DISTRICT JUDGE