1  David J. Miclean (#115098/miclean@fr.com)
   Keeley I. Vega (#259928/kvega@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Attorneys for Respondent
   DELTA ELECTRONICS (THAILAND)
6  PUBLIC COMPANY LIMITED

7

8

9             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11

12 | SONY ERICSSON MOBILE                | Case No. 3:09-CV-01326 MMC
   | COMMUNICATIONS AB,                  |
13 |                                     |
   |         Petitioner,                 | [PROPOSED] ORDER GRANTING
14 |                                     | RESPONDENT'S ADMINISTRATIVE
   |   v.                                | MOTION TO FILE UNDER SEAL
15 |                                     | EXHIBITS 1-3 OF THE AFFIRMATION
   | DELTA ELECTRONICS (THAILAND)        | OF MICHAEL TAN
16 | PUBLIC COMPANY LIMITED              |
17 |         Respondent.                 |

18

19

20     The Court hereby grants Respondent Delta Electronics (Thailand) Public Company

21 Limited's Administrative Motion to file under seal Exhibits 1-3 of the Affirmation of Michael Tan.

22     Good cause having been shown, the Court GRANTS Respondent's Request.

23     **IT IS SO ORDERED.**

24 Dated: April 8, 2009

                                              _____
25                                            Hon. Maxine M. Chesney
                                              United States District Court
26
   50645715.doc
27

28

                                           1
                 [PROPOSED] ORDER GRANTING RESPONDENT'S ADMIN MOT.
                   TO FILE UNDER SEAL EXS. 1-3 OF THE AFFIRMATION OF
                      MICHAEL TAN - Case No. 3:09-CV-01326 MMC