1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   CHARLES S. DONOVAN, Cal. Bar No. 103667
3  BRIAN R. BLACKMAN, Cal. Bar No. 196996
   ELISE SARA, Cal. Bar. No. 253813
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
5  Telephone:      415-434-9100
   Facsimile:      415-434-3947
6  Email:           cdonovan@sheppardmullin.com

7  Attorneys for Petitioner
   SONY ERICSSON MOBILE
8  COMMUNICATIONS AB

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | SONY ERICSSON MOBILE             | Case No. 3:09-CV-01326 MMC
   | COMMUNICATIONS AB,               |
13 |                                  | **TEMPORARY RESTRAINING**
   |            Petitioner,           | **ORDER** ~~AND ORDER TO SHOW~~
14 |                                  | ~~CAUSE~~
   |       v.
15 |
   | DELTA ELECTRONICS (THAILAND)
16 | PUBLIC COMPANY LIMITED, also
   | known as, "DELTA ELECTRONICS
17 | PUBLIC COMPANY LIMITED
   | (THAILAND),"
18 |
   |            Respondent.
19

20

21         UPON APPLICATION of Petitioner, Sony Ericsson Mobile

22 Communications AB ("Sony Ericsson"),  for issuance of a temporary restraining order pending

23         ~~LET PETITIONER SHOW CAUSE before the Honorable Maxine Chesney,~~

24 ~~United States District Judge, at 450 Golden Gate Avenue, San Francisco, California on the~~

25 ~~____ day of April, 2009, at _____: (1)~~ why an Order attaching the assets of Delta

26 ~~Electronics (Thailand) Public Company Limited ("Delta") in the State of California up to~~

27 ~~$4,287,555.93 should not be entered; (2) why judgment should not be entered on the~~

28  the Court's determination of Petitioner's Application for a Writ of Attachment

-1-

1  ~~arbitration award dated June 30, 2008 (the "Award"), in favor of Sony Ericsson and~~
2  ~~against Delta; and (3) granting Petitioner attorney's fees and costs of this proceeding~~.
3  ~~IT IS FURTHER ORDERED that any answering papers be served upon~~
4  ~~counsel for Sony Ericsson, no later than April __, 2009~~.
5  and   IT appearing that immediate and irreparable injury, loss or damage would
6  result to the Petitioner ~~before notice can be served and a hearing had~~ if Respondent Delta is
7  allowed to instruct garnishees to distribute or otherwise transfer the sum ~~sought, it is~~ sought before the
8  Court has had the opportunity to rule on the application for a writ of attachment, it is
   ORDERED:
9  1.   Pending the hearing and determination of ~~this motion,~~ the application, garnishees
10 Bank of America, Citibank, Deutsche Bank, HSBC USA Bank NA, JPMorgan Chase
11 Bank, Standard Chartered Bank, and The Bank of New York, (the "Garnishees") be and
12 hereby are enjoined and restrained from distributing or otherwise transferring up to the
13 sum of $4,287,555.93, held by one or more of the Garnishees for the benefit of Delta;
14 2.   To the extent any garnishee holds funds restrained by an order issued
15 by the United States District Court for the Southern District of New York in "Sony
16 Ericsson Mobile Communications AB, Petitioner v. Delta Electronics Public Company
17 Limited (Thailand), Respondent," Case No. 09-00995, those funds shall count against the
18 amount restrained under the preceding paragraph but shall also be subject to this
19 restraining order;
20 3.   An agent of Petitioner's counsel be and is hereby appointed, in
21 addition to the United States Marshal, to serve this Temporary Restraining Order and the
22 Verified Petition, and any interrogatories, upon the Garnishee(s), together with any other
23 garnishee(s) who (based upon information developed subsequently by Petitioner) may hold
24 assets of, for, or on behalf of the Respondent;

1          4.    If the Court grants Petitioner's application for a right to attach order
2 and issuance of a writ of attachment, the restraint referred to in paragraph 1 and 2 of this
3 Order shall cease upon service upon a Garnishee of a writ of attachment issued in this
4 action.

        Dated:  April 8, 2009

_____
United States District Judge