IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>　　　　Petitioner<br><br>　　v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>　　　　Respondent　　　　　　　　／ | No. C-09-1326 MMC<br><br>**ORDER SETTING APRIL 17, 2009 HEARING ON PETITIONER'S APPLICATION FOR WRIT OF ATTACHMENT** |

　　　　Before the Court is petitioner Sony Ericsson Mobile Communications AB's ("Sony") application for a writ of attachment, filed March 26, 2009, by which Sony seeks to secure $4,287,555.93 in funds held for the benefit of respondent Delta Electronics (Thailand) Public Company Limited ("Delta"). On March 31, 2009, Delta filed opposition thereto, to which Sony, in a "Supplemental Memorandum" filed April 1, 2009, replied; on April 2, 2009, Delta filed a "Reply to Petitioner's Supplemental Response." Thereafter, on April 3, 2009, Sony filed an "Emergency Application for Temporary Restraining Order." On April 6, 2009, Delta filed opposition thereto, to which Sony replied.

　　　　On April 8, 2009, the Court issued a Temporary Restraining Order by which certain garnishees identified therein are restrained from distributing or transferring to Delta the sum of $4,287,555.93 held by the garnishees for the benefit of Delta, pending the Court's ruling

1  on the above-described application for a writ of attachment.

2      Having considered the above-referenced filings, the Court hereby schedules a
3  hearing on the application for a writ of application for April 17, 2009, at 9:00 a.m.

4      **IT IS SO ORDERED.**

6  Dated: April 8, 2009                   _____
                                                   MAXINE M. CHESNEY
                                                   United States District Judge