United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY ERICSSON MOBILE
COMMUNICATIONS AB,

               Petitioner

  v.

DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED,

               Respondent

_____/

No. C-09-1326 MMC

**ORDER SETTING BRIEFING SCHEDULE
AND HEARING ON PETITION TO
CONFIRM ARBITRATION AWARD**

Before the Court is petitioner Sony Ericsson Mobile Communications AB's ("Sony")
Petition to Confirm Arbitration Award, filed March 26, 2009.  Having read and considered
the petition, the Court hereby sets the following briefing schedule and hearing on the
petition:

    1.  No later than May 8, 2009, respondent Delta Electronics (Thailand) Public
Company Limited ("Delta") shall file its response to the petition and shall include in said
response all arguments it has in opposition to the petition, including any jurisdictional
arguments.

    2.  No later than May 22, 2009, Sony shall file any reply to Delta's response to the
petition.

    3.  The hearing on the petition will be on June 5, 2009, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated:  April 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge