SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELISE SARA, Cal. Bar. No. 253813
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        cdonovan@sheppardmullin.com

Attorneys for Petitioner
SONY ERICSSON MOBILE
COMMUNICATIONS AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>                    Petitioner,<br><br>        v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED, also known as, "DELTA ELECTRONICS PUBLIC COMPANY LIMITED (THAILAND),"<br><br>                    Respondent. | Case No. 3:09-CV-01326 MMC<br>  AMENDED*<br>**TEMPORARY RESTRAINING ORDER** ~~AND ORDER TO SHOW CAUSE~~ |

UPON APPLICATION of Petitioner, Sony Ericsson Mobile

Communications AB ("Sony Ericsson"), for issuance of a temporary restraining order pending

~~LET PETITIONER SHOW CAUSE before the Honorable Maxine Chesney,~~

~~United States District Judge, at 450 Golden Gate Avenue, San Francisco, California on the~~

~~_____ day of April, 2009, at _____: (1) why an Order attaching the assets of Delta~~

~~Electronics (Thailand) Public Company Limited ("Delta") in the State of California up to~~

~~$4,287,555.93 should not be entered; (2) why judgment should not be entered on the~~

 the Court's determination of Petitioner's Application for a Writ of Attachment,

-1-

TEMPORARY RESTRAINING ORDER & OSC
NO. 3:09-CV-01326 MMC

**\*The purpose of the amendment is to modify the amount specified on page 2, in light of the Order Conditionally Granting Petitioner's Application.**

1   ~~arbitration award dated June 30, 2008 (the "Award"), in favor of Sony Ericsson and~~

2   ~~against Delta; and (3) granting Petitioner attorney's fees and costs of this proceeding.~~

3   ~~IT IS FURTHER ORDERED that any answering papers be served upon~~

4   ~~counsel for Sony Ericsson, no later than April __, 2009.~~

5   and   IT appearing that immediate and irreparable injury, loss or damage would

6   result to the Petitioner ~~before notice can be served and a hearing had~~ if Respondent Delta is

7   allowed to instruct garnishees to distribute or otherwise transfer the sum ~~sought, it is~~ sought before the Court has had the opportunity to rule on the application for a writ of attachment, it is

8   ORDERED:

9   1.   Pending the hearing and determination of ~~this motion~~ the application, garnishees

10  Bank of America, Citibank, Deutsche Bank, HSBC USA Bank NA, JPMorgan Chase

11  Bank, Standard Chartered Bank, and The Bank of New York, (the "Garnishees") be and

12  hereby are enjoined and restrained from distributing or otherwise transferring up to the

13  sum of ~~$4,287,555.93~~ $3,562,737.81, held by one or more of the Garnishees for the benefit of Delta;

14  2.   To the extent any garnishee holds funds restrained by an order issued

15  by the United States District Court for the Southern District of New York in "Sony

16  Ericsson Mobile Communications AB, Petitioner v. Delta Electronics Public Company

17  Limited (Thailand), Respondent," Case No. 09-00995, those funds shall count against the

18  amount restrained under the preceding paragraph but shall also be subject to this

19  restraining order;

20  3.   An agent of Petitioner's counsel be and is hereby appointed, in

21  addition to the United States Marshal, to serve this Temporary Restraining Order and the

22  Verified Petition, and any interrogatories, upon the Garnishee(s), together with any other

23  garnishee(s) who (based upon information developed subsequently by Petitioner) may hold

24  assets of, for, or on behalf of the Respondent;

25

26

27

28

W02-
WEST:5DC\401470024.1

TEMPORARY RESTRAINING ORDER & OSC
NO. 3:09-CV-01326 MMC

1         4.      If the Court grants Petitioner's application for a right to attach order

2 and issuance of a writ of attachment, the restraint referred to in paragraph 1 and 2 of this

3 Order shall cease upon service upon a Garnishee of a writ of attachment issued in this

4 action.

5         Dated:  April 15, 2009

6

7                _____

8             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-
WEST:5DC\401470024.1

TEMPORARY RESTRAINING ORDER & OSC
NO. 3:09-CV-01326 MMC