AT-135

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Charles S. Donovan Cal. Bar No. 103667<br>Sheppard Mullin Richter & Hampton LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>TELEPHONE NO.: (415) 434-9100<br>E-MAIL ADDRESS (Optional):   FAX NO. (Optional):<br>ATTORNEY FOR (Name): SONY ERICSSON MOBILE COMMUNICATIONS AB | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court for the Northern District of California**
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: SONY ERICSSON MOBILE COMMUNICATIONS AB

DEFENDANT: DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED; DELTA ELECTRONICS PUBLIC COMPANY LIMITED (THAILAND)

| WRIT OF ATTACHMENT<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>C-09-1326 MMC |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Santa Clara, Alameda, San Francisco and the Northern District of California

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address):
Delta Electronics (Thailand) Public Company Limited aka "Delta Electronics Public Company Limited (Thailand)"

and the attachment is to secure: $ 3,562,737.81

4. Name and address of plaintiff: Sony Ericsson Mobile Communications AB, Nya Vattentornet SE-221 88 Lund, Sweden.

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
Citibank Bank Accounts, Title: Delta Electronics (Thailand) Public Co. Ltd., account address, 4405 Cushing Pky, Fremont CA 94538: (a) Business Checking Account No. 604469734; (b) Business Money Market Account No. 601097280.  These bank accounts can be located at Citibank N.A. FC #384, 5 N. Milpitas Blvd., Milpitas, CA 95035.
☐ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
a. Name:
b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. ☐ The real property on which the
   ☐ crops described in item 5_____ are growing
   ☐ timber described in item 5_____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

**RICHARD W. WIEKING**

Date: 4/21/09    Clerk, by ALFRED AMISTOSO _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010
American LegalNet, Inc.
www.FormsWorkflow.com