IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB, <br><br> Petitioner <br><br> v. <br><br> DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED, <br><br> Respondent / | No. C-09-1326 MMC <br><br> **ORDER GRANTING RESPONDENT'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER; REFERRING TO MAGISTRATE JUDGE MOTION FOR TEMPORARY PROTECTIVE ORDER** |

  Before the Court is respondent Delta Electronics (Thailand) Public Company Limited's ("Delta") "Emergency Application for Temporary Restraining Order," filed May 1, 2009. In its application, Delta seeks an order temporarily restraining any third party, and specifically Citibank N.A., from responding to "Garnishment Interrogatories" served by petitioner Sony Ericsson Mobile Communications AB ("Sony Ericsson"), until such time as the Court has ruled on a "Motion for a Temporary Protective Order" Delta states it intends to file later today.

  Having read and considered Delta's application, the Court rules as follows:

  1. For the reasons stated by Delta, the Court finds issuance of the requested temporary restraining order appropriate, and, consequently, the application is hereby GRANTED. Accordingly, Citibank N.A. and any third party upon whom Sony Ericsson has

1. served Garnishment Interrogatories and upon whom this order is served, are hereby ENJOINED from responding to such Garnishment Interrogatories, until such time as the Court has ruled on the Motion for a Temporary Protective Order to be filed by Delta later today.  In the event Delta does not file a Motion for a Temporary Protective Order later today, this temporary restraining order shall be dissolved without further order of the Court.

2. Pursuant to Civil Local Rule 72-1, Delta's Motion for a Temporary Protective Order, when filed, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.  Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated:  May 1, 2009

MAXINE M. CHESNEY
United States District Judge