UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>          Plaintiff(s),<br><br>     v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>          Defendant(s). | No. C09-1326 MMC (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

1

1       In the event they cannot resolve their dispute, the
2  parties must participate in a telephone conference with the
3  Court **before** filing any discovery motions or other papers.
4  The party seeking discovery shall request a conference in a
5  letter **filed electronically** not exceeding two pages (with no
6  attachments) which briefly explains the nature of the action
7  and the issues in dispute.  Other parties shall reply in
8  similar fashion within two days of receiving the letter
9  requesting the conference.  The Court will contact the parties
10 to schedule the conference.
11      After the conference with the Court, if filing papers is
12 deemed necessary, they should be filed **electronically** with the
13 Clerk's Office, with **one hard copy delivered directly to**
14 **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
15 chambers copy of all briefs shall be submitted on a diskette
16 formatted in WordPerfect or e-mailed to the following address:
17 **bzpo@cand.uscourts.gov**
18 Dated:  May 5, 2009

                                _____
                                      Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\SONY V. DELTA ELECTRONICS\INITIAL DISCOVERY ORDER.wpd