UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>      Plaintiff(s),<br><br>  v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>      Defendant(s). | No. C09-1326 MMC (BZ)<br><br>**ORDER SCHEDULING HEARING FOR TEMPORARY RESTRAINING ORDER** |

**IT IS HEREBY ORDERED** that respondent's emergency application for a temporary restraining order will be heard on **Tuesday, May 19, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. If plaintiff wishes to file an opposition, it shall do so by 8:30 a.m., May 19, 2009.

Dated: May 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SONY ERICSSON V. DELTA ELECT\TRO HEARING.wpd

1