UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>    Plaintiff(s),<br><br>v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>    Defendant(s). | No. C09-1326 MMC (BZ)<br><br>**BRIEFING ORDER** |

Having been referred respondent Delta Electronics (Thailand) Public Company Limited's motion for a Temporary Protective Order, **IT IS HEREBY ORDERED** as follows:

1. Petitioner's opposition shall be filed by **May 27, 2009**;

2. Respondent's reply, if any, shall be filed by **June 3, 2009**.

After receiving the papers, the Court will decide if a hearing is necessary.

Dated: May 19, 2009

                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\SONY ERICSSON V. DELTA ELECT\BRIEFING ORDER.wpd