1  David J. Miclean (#115098/miclean@fr.com)
   Keeley I. Vega (#259928/kvega@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
   Telephone:  (650) 839-5070
4  Facsimile:   (650) 839-5071

5  Attorneys for Respondent
   DELTA ELECTRONICS (THAILAND)
6  PUBLIC COMPANY LIMITED

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  SONY ERICSSON MOBILE                  Case No. 3:09-CV-01326 MMC
    COMMUNICATIONS AB,
13                                        [PROPOSED] ORDER GRANTING
                                          APPLICATION OF IRENE E. HUDSON
14             Petitioner,                FOR ADMISSION *PRO HAC VICE*

15        v.

16  DELTA ELECTRONICS (THAILAND)
    PUBLIC COMPANY LIMITED
17

18             Respondent.

19

20

21

22        Irene E. Hudson, an active member in good standing of the bar of the state of New York,

23  having applied in the above-entitled action for admission to practice in the Northern District of

24  California on a *pro hac vice* basis, representing Delta Electronics (Thailand) Public Company Ltd.

25        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

26  conditions of Civil L.R. 11-3.  All papers filed by the attorney shall indicate appearance *pro hac*

27  *vice*.  Service of papers upon and communication with co-counsel designated in the application

28

1  | shall constitute notice to the party.  All future filings in this action are subject to the requirements
2  | contained in General Order No. 45, *Electronic Case Filing.*

3

4  | Dated:  May 28, 2009

5

6  | The Hon. Maxine Chesney
7  | United States District Court Judge

8  | 50653586

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28