IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>　　　　Petitioner<br><br>　v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>　　　　Respondent<br>　　　　　　　　　　　　　　　　／ | No. C-09-1326 MMC<br><br>**ORDER AFFORDING DELTA OPPORTUNITY TO FILE REPLY IN SUPPORT OF CROSS-MOTION TO DISMISS; CONTINUING HEARING ON PETITION TO CONFIRM ARBITRATION AWARD** |

　　　　On March 26, 2009, Sony Ericsson Mobile Communications AB ("Sony Ericsson") filed a Petition to Confirm Arbitration Award. In conformity with the Court's April 8, 2009 order setting a briefing schedule on the petition, Delta Electronics (Thailand) Public Company Limited ("Delta") filed its response to the petition, which response, in addition to opposing the merits of the petition, includes a cross-motion to dismiss based on the argument the Court lacks personal jurisdiction over Delta. Thereafter, Sony Ericsson filed a reply to Delta's opposition to the petition, as well as opposition to Delta's cross-motion to dismiss.

　　　　Under the circumstances, the Court finds it appropriate to afford Delta the opportunity to file a reply to Sony Ericsson's opposition to the cross-motion to dismiss, and to continue the hearing, as follows:

1. No later than June 12, 2009, Delta shall file any reply to Sony Ericsson's opposition to the cross-motion to dismiss.

2. The hearing on the petition and on the cross-motion to dismiss is hereby CONTINUED from June 5, 2009 to June 26, 2009.

**IT IS SO ORDERED.**

Dated: May 29, 2009

MAXINE M. CHESNEY
United States District Judge