SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELISE SARA, Cal. Bar. No. 253813
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947
Email:          cdonovan@sheppardmullin.com

Attorneys for Petitioner SONY ERICSSON
MOBILE COMMUNICATIONS AB

David J. Miclean (#115098/miclean@fr.com)
Keeley I. Vega (#259928/kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Respondent
DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>               Petitioner,<br><br>     v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>               Respondent. | Case No. 3:09-CV-01326 MMC (BZ)<br><br>**STIPULATION AND ORDER RE RESPONDENT'S WITHDRAWAL OF JURISDICTIONAL ARGUMENTS IN ITS OPPOSITION TO PETITION TO CONFIRM AWARD AND CROSS-MOTION TO DISMISS** |

Petitioner and Respondent stipulate:

1.  Delta Electronics (Thailand) Public Company Limited ("Delta") submits to this Court's personal jurisdiction in this case and accordingly withdraws its claims concerning lack of jurisdiction in the pleading titled "Respondent's Opposition to And Notice of Cross-Motion and Cross-Motion to Dismiss Petitioner's Petition to Confirm Arbitration Award," (Doc. No. 71). Specifically, Delta withdraws the arguments set forth in Section IV-A of that pleading and the jurisdictional grounds for its motion to dismiss. Delta does not withdraw any other portion of its Opposition or any other ground for relief set forth in its motion to dismiss or stay, including forum non conveniens, international comity, international abstention, and the lack of merit of the underlying award found in sections I, II, III, IV.B – IV.D, V, VI, and VII. This stipulation does not preclude Sony from arguing that such issues have already been determined by the Court.

2.  Sony Ericsson Mobile Communications AB ("Sony") had sought by subpoena discovery to establish personal or quasi in rem jurisdiction. Upon the Court's execution of the order below, that discovery will be unnecessary. Therefore, effective upon execution, Sony will withdraw its third party subpoenas issued to Delta Products Corporation, DET Logistics (USA) Corporation, Apple, Inc., Wanco, Inc., Brocade Communications Systems, Inc., Hewlett-Packard Company, Sanmina-SCI Corporation, and Hon Hai Precision Industry Co. Ltd. and shall so advise the subpoenaed parties within 24 hours of the Court's execution of the order below.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: June 9, 2009

By       /s/ *Charles S. Donovan*
        CHARLES S. DONOVAN
          Attorneys for Petitioner

FISH & RICHARDSON P.C.

Dated: June 8, 2009

By       */s/ David J. Miclean*
        DAVID J. MICLEAN
          Attorneys for Respondent

Having considered the parties' stipulation, the Court orders:

1. Pursuant to stipulation, the Court has personal jurisdiction over Respondent in this case.

2. Within 24 hours of the Court's execution of this order, Sony shall advise Delta Products Corporation, DET Logistics (USA) Corporation, Apple, Inc., Wanco, Inc., Brocade Communications Systems, Inc., Hewlett-Packard Company, Sanmina-SCI Corporation, and Hon Hai Precision Industry Co. Ltd. that Petitioner withdraws the subpoenas it has issued to them, and shall provide Delta copies of such withdrawals.

Dated: June 10, 2009

_____
United States District Judge