IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>    Petitioner<br><br>  v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>    Respondent                  / | No. C-09-1326 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S ADMINISTRATIVE MOTION FOR SEALING ORDER; DIRECTIONS TO CLERK; DIRECTIONS TO PETITIONER** |

    Before the Court is petitioner Sony Ericsson Mobile Communications AB's ("Sony Ericsson") "Administrative Motion for a Sealing Order Regarding Sony Ericcson's Opposition to Respondent's Motion to Dismiss and Reply Memorandum in Support of Its Petition to Confirm the Arbitration Award," filed May 22, 2009.  Respondent Delta Electronics (Thailand) Public Company Limited ("Delta") has not filed a response thereto. Having read and considered the papers filed in support of the administrative motion, the Court rules as follows:

    1.  To the extent Sony Ericsson seeks leave to file under seal Exhibit 7 to the Declaration of Brian Blackman and the unredacted version of its Reply, which in part quotes the contents of Exhibit 7, the motion is hereby GRANTED, and the Clerk is DIRECTED to file under seal Exhibit 7 and the unredacted version of the Reply.

1    2.  To the extent Sony Ericsson seeks leave to file under seal Exhibits 1 and 9 to the Declaration of Brian Blackman, the motion is hereby DENIED, for the reason that Delta, the designating party, has not filed a responsive declaration as required by Civil Local Rule 79-5(d). If Sony Ericsson wishes to make said exhibits part of the record, Sony Ericsson is hereby DIRECTED to file said exhibits in the public record, no later than June 17, 2009; any such filing, however, should be in accordance with Civil Local Rule 3-17(a).[1]

**IT IS SO ORDERED.**

Dated:  June 10, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Both Exhibits 1 and 7 include financial account numbers. <u>See</u> Civil L.R. 3-17(a)(4) ("If financial numbers are relevant, only the last four digits of these numbers should be included in a pleading or other paper filed in the public record.")