UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
SONY ERICSSON MOBILE        )
COMMUNICATIONS AB,          )
                            )   No. C09-1326 MMC (BZ)
        Plaintiff(s),       )
                            )   ORDER GRANTING RESPONDENT'S
    v.                      )   MOTION FOR TEMPORARY
                            )   PROTECTIVE ORDER
DELTA ELECTRONICS (THAILAND))
PUBLIC COMPANY LIMITED,     )
                            )
        Defendant(s).       )
                            )
```

On April 15, 2009, petitioner served "Garnishment Interrogatories" upon third party, Citibank N.A. On May 1, 2009, respondent filed a motion for temporary protective order requesting that "Garnishment Interrogatories" and Memorandum of Garnishee by petitioner be quashed, any third parties be relieved from obligation to answer discovery requests issued thus far by petitioner, and petitioner be restrained from issuing any discovery requests on any third parties other than by Rule 45 subpoena. The motion may be moot. See Opposition Memorandum p.1, ll 5-14. To the extent it is not, the motion is **GRANTED.**

Petitioner has cited no authority in support of serving

1

its "Garnishment Interrogatories" and the Court has found none.  Nor has Petitioner cited any authority for serving interrogatories on a third party.  Federal Rule of Civil Procedure 33, limits interrogatories to parties.

The Court finds no need for a hearing.  **IT IS HEREBY ORDERED** that Respondent's Motion for Temporary Protective Order is **GRANTED** as to the interrogatories served on Citibank.

Dated:  June 10, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SONY V. DELTA ELECTRONICS\ORDER GRANTING TEMP PRO ORDER.wpd