David J. Miclean (#115098/miclean@fr.com)
Keeley I. Vega (#259928/kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Respondent
DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>Petitioner,<br><br>v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>Respondent. | Case No. 3:09-cv-01326 MMC (BZ)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 9 TO THE DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF SONY ERICSSON'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AND REPLY MEMORANDUM IN SUPPORT OF ITS PETITION TO CONFIRM ARBITRATION AWARD** |

1       Having considered Respondent Delta Electronics (Thailand) Public Company Limited's Administrative Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11, the Court **HEREBY ORDERS** that Exhibits 1 and 9 to the Declaration of Brian R. Blackman In Support of Sony Ericsson's Reply, and portions of the Reply that reference these Exhibits, lodged with the Court on May 22, 2009, be filed under seal.

      In light of the above ruling, the Court's June 10, 2009 order directing Sony Ericsson to file Exhibits 1 and 9 in the public record, should Sony Ericsson wish said exhibits to be part of the record, is hereby VACATED.

Dated: _June 11, 2009_____

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

50657636.doc

1  [PROPOSED] ORDER GRANTING RESPONDENT'S ADMIN. MTN TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF B.R. BLACKMAN IN SUPPORT OF SONY ERICSSON'S OPPOSITION TO MTN TO DISMISS AND REPLY MEMO IN SUPPORT OF ITS PETITION TO CONFIRM ARBITRATION AWARD
Case No. 3:09-cv-01326 MMC (BZ)1