1  David J. Miclean (#115098/miclean@fr.com)
   Keeley I. Vega (#259928/kvega@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Attorneys for Respondent
   DELTA ELECTRONICS (THAILAND)
6  PUBLIC COMPANY LIMITED

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                SAN FRANCISCO DIVISION

10

11 SONY ERICSSON MOBILE              Case No. 3:09-cv-01326 MMC (BZ)
   COMMUNICATIONS AB,
12
                                     [PROPOSED] ORDER GRANTING
13       Petitioner,                 PETITIONER'S ADMINISTRATIVE
                                     MOTION TO FILE UNDER SEAL
14    v.                             PORTIONS OF ITS MEMORANDUM OF
                                     POINTS AND AUTHORITIES IN
15 DELTA ELECTRONICS (THAILAND)      SUPPORT OF ITS EX PARTE
   PUBLIC COMPANY LIMITED,           APPLICATION FOR AN ADDITIONAL
16                                   WRIT OF ATTACHMENT
         Respondent.
17

1  Having considered Respondent Delta Electronics (Thailand) Public Company Limited's
2  Response in Support of Sony Ericsson Mobile Communications AB's Administrative Motion to
3  File Under Seal Portions Of Its Memorandum Of Points And Authorities In Support Of Its Ex Parte
4  Application For An Additional Writ Of Attachment ("the Memorandum"), this Court finds that the
5  Memorandum contains commercially sensitive information concerning financial transactions
6  between Delta and third parties, including the scheduling and amounts of such transactions.  If this
7  information was released, both Delta and the respective third parties could suffer significant
8  economic harm as a result.

Therefore the Court **HEREBY ORDERS** that said Memorandum [the unredacted version of] be filed under seal.

Dated: June 18, 2009

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

50658104

2

[PROPOSED] ORDER GRANTING PETITIONER'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS
OF ITS MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF ITS EX PARTE APPLICATION FOR AN
ADDITIONAL WRIT OF ATTACHMENT
Case No. 3:09-cv-01326 MMC (BZ)