United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SONY ERICSSON MOBILE                    No. C-09-1326 MMC
    COMMUNICATIONS AB,
10                                           **ORDER VACATING JUNE 26, 2009**
            Petitioner                       **HEARING**
11
      v.
12
    DELTA ELECTRONICS (THAILAND)
    PUBLIC COMPANY LIMITED,
13
            Respondent
14   _____/

15          Before the Court is petitioner Sony Ericsson Mobile Communications AB's Petition to

16   Confirm Arbitration Award, filed March 26, 2009.  Also before the Court is respondent Delta

17   Electronics (Thailand) Public Company Limited's Cross-Motion to Dismiss, filed May 8,

18   2009.  Both motions have been fully briefed.[1]  Having read and considered the papers filed

19   in support of and in opposition to the motions, the Court deems the matters suitable for

20   decision on the parties' respective submissions, and VACATES the hearing scheduled for

21   June 26, 2009.

22          **IT IS SO ORDERED.**

23

24   Dated:  June 24, 2009

25                                           MAXINE M. CHESNEY
                                             United States District Judge
26

27          [1]In addition, respondent, on June 23, 2009, filed a proposed "supplemental
     memorandum," along with an administrative motion for leave to file said document.
28   Although respondent fails to explain why the arguments made therein could not have been
     made in its earlier filings, the Court will exercise its discretion to consider the supplemental
     memorandum.