IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY ERICSSON MOBILE
COMMUNICATIONS AB,

       Petitioner,

  v.

DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED,

       Respondent.
_____/

No. CV-09-1326 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition is hereby GRANTED, and Sony Ericsson shall have judgment against Delta in the amount of $3,657,393.80.

Dated: July 1, 2009

                                                      Richard W. Wieking, Clerk

                                                      By: <u>Tracy Lucero</u>
                                                         <u>Deputy Clerk</u>