UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>　　　　Defendant(s). | No. C09-1326 MMC (BZ)<br><br>**ORDER SETTING FURTHER TELEPHONIC CONFERENCE** |

Following a telephone conference at which both parties were represented by counsel and at which the parties jointly requested that the hearing be continue while they tried to resolve their differences, **IT IS HEREBY ORDERED** that a telephone conference to discuss the dispute outstanding as to the Citibank subpoena is continued to **July 20, 2009 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: July 1, 2009

　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\SONY V. DELTA ELECTRONICS\TEL CONF2.wpd

1