SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELISE SARA, Cal. Bar. No. 253813
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        cdonovan@sheppardmullin.com

Attorneys for Petitioner SONY ERICSSON
MOBILE COMMUNICATIONS AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>　　　　　　Respondent. | Case No. 3:09-CV-01326 MMC (BZ)<br><br>**STIPULATION AND ORDER FOR RELEASE OF ATTACHED FUNDS DEPOSITED WITH THE UNITED STATES MARSHALS SERVICE**<br><br>AND ORDER THEREON |

Petitioner and Respondent stipulate:

1. Petitioner Sony Ericsson Mobile Communications, AB ("Sony Ericsson") filed a Petition to Confirm Arbitration Award. By Order filed June 26, 2009, the Court granted Sony Ericsson's Petition, directing entry of Judgment in favor of Sony Ericsson and against respondent Delta Electronics (Thailand) Public Company Limited ("Delta") in the amount of $3,657,393.80. The Clerk of the Court entered Judgment in that amount on July 1, 2009.

2. During the course of this action, Sony Ericsson also applied for and obtained a right to attach order against accounts receivable and amounts owed to respondent Delta by third parties located in California, including DET Logistics (USA) Corporation ("DET Logistics"), up to the amount of $3,562,737.81. Sony Ericsson levied the Writ of Attachment on DET Logistics on or about June 24, 2009. In response, DET Logistics deposited $3,562,737.81 with the United States Marshals Service, Northern District of California, on June 26, 2009.

3. Delta wishes to use these attached funds deposited with the Marshals Service to satisfy, in part, the Judgment entered by the Court.

4. Delta and Sony Ericsson stipulate and agree that the Court may enter an order pursuant to Fed. R. Civ. P. 64 and California Code of Civil Procedure § 488.730, ordering the release of the attached funds in the amount of $3,562,737.81 to Sony Ericsson by check payable to "Sheppard Mullin Richter & Hampton, LLP, as attorneys for Sony Ericsson Mobile Communications AB".

**IT IS SO STIPULATED.**

Dated July 13, 2009           SHEPPARD MULLIN RICHTER & HAMPTON LLP

                              By    /s/ *Brian R. Blackman*
                                   BRIAN R. BLACKMAN
                                   Attorneys for Petitioner

Dated: July 13, 2009          FISH & RICHARDSON P.C.

                              By    /s/ *Keeley I. Vega*
                                   KEELEY I. VEGA
                                   Attorneys for Respondent

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation And Order For Release Of Attached Funds Deposited With The United States Marshals Service.  In compliance with General Order 45.X.B., I hereby attest that Keeley I. Vega has concurred in this filing.

Dated July 13, 2009                     SHEPPARD MULLIN RICHTER & HAMPTON LLP


By    /s/ *Brian R. Blackman* _____
            BRIAN R. BLACKMAN
                Attorneys for Petitioner

**ORDER**

Having considered the parties' stipulation and in light of the Judgment entered in this matter on July 1, 2009, the Court orders that the United States Marshals Service, Northern District of California, release to petitioner Sony Ericsson Mobile Communications AB the $3,562,737.81 deposited with the levying officer by DET Logistics (USA) Corporation on June 26, 2009 in response to a Writ of Attachment levied in this action by issuing a check payable to "Sheppard Mullin Richter & Hampton, LLP, as attorneys for Sony Ericsson Mobile Communications AB".

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 14, 2009.

_____
United States District Judge