| | |
|---|---|
| Charles S. Donovan (#103667)<br>Brian R. Blackman (#196996)<br>Elise Sara (#253813)<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415-434-9100<br>Facsimile: 415-434-3947<br>Email: cdonovan@sheppardmullin.com<br><br>Attorneys for Petitioner<br>SONY ERICSSON MOBILE<br>COMMUNICATIONS AB | David J. Miclean (#115098/miclean@fr.com)<br>Keeley I. Vega (#259928/kvega@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Respondent<br>DELTA ELECTRONICS (THAILAND)<br>PUBLIC COMPANY LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY ERICSSON MOBILE<br>COMMUNICATIONS AB,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DELTA ELECTRONICS (THAILAND)<br>PUBLIC COMPANY LIMITED<br><br>　　　　Respondent. | Case No. 3:09-CV-01326 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME<br>REGARDING PETITIONER'S MOTION<br>FOR ATTORNEYS' FEES**; ORDER THEREON<br><br>Date:　　　　August 21, 2009<br>Time:　　　　9:00 a.m.<br>Courtroom:　7 |

It is hereby stipulated by and between Sony Ericsson Mobile Communications AB ("SE") and Delta Electronics (Thailand) Public Company Limited ("Delta") through their respective counsel, that – subject to the approval of this Court – the hearing on SE's Motion for Attorneys' Fees (Doc. No. 142), currently scheduled for August 21, 2009, at 9:00 a.m., be moved to September 4, 2009, at 9:00 a.m.  The Parties further stipulate that the last day for Delta to oppose the Motion shall be August 14, 2009, and that the last day for SE to respond to Delta's opposition shall be August 21, 2009.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2009 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Keeley I. Vega<br>Keeley I. Vega |
| 4 | | Attorneys for Respondent |
| 5 | | DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED |
| 6 | Dated: July 24, 2009 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 7 | | |
| 8 | | By: /s/ Brian R. Blackman<br>Brian R. Blackman |
| 9 | | |
| 10 | | Attorneys for Petitioner |
| 11 | | SONY ERICSSON MOBILE COMMUNICATIONS AB |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July 28, 2009

_/s/ Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Judge

**DECLARATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45, I attest that concurrence in the filing of this document on behalf of Respondent Delta has been obtained from Brian R. Blackman, counsel for SE.

Dated: July 24, 2009

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Keeley I. Vega
Keeley I. Vega

50664812.doc

2
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME REGARDING PETITIONER'S MOTION FOR ATTORNEYS' FEES
Case No. 3:09-CV-01326 MMC (BZ)1