| | |
|---|---|
| 1 | Charles S. Donovan (#103667)<br>Brian R. Blackman (#196996)<br>Elise Sara (#253813)<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415-434-9100<br>Facsimile: 415-434-3947<br>Email: cdonovan@sheppardmullin.com | David J. Miclean (#115098/miclean@fr.com)<br>Keeley I. Vega (#259928/kvega@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Respondent<br>DELTA ELECTRONICS (THAILAND)<br>PUBLIC COMPANY LIMITED |

1  Charles S. Donovan (#103667)
   Brian R. Blackman (#196996)
2  Elise Sara (#253813)
   SHEPPARD MULLIN RICHTER &
3  HAMPTON LLP
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone: 415-434-9100
5  Facsimile: 415-434-3947
   Email: cdonovan@sheppardmullin.com
6
   Attorneys for Petitioner
7  SONY ERICSSON MOBILE
   COMMUNICATIONS AB
8

David J. Miclean (#115098/miclean@fr.com)
Keeley I. Vega (#259928/kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Respondent
DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY ERICSSON MOBILE
COMMUNICATIONS AB,

　　　　Petitioner,

　　v.

DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED

　　　　Respondent.

Case No. 3:09-CV-01326 MMC (BZ)

**ORDER APPROVING
STIPULATION** ~~AND [PROPOSED]
ORDER~~ **FOR EXTENSION OF TIME
REGARDING PETITIONER'S MOTION
FOR ATTORNEYS' FEES**

Date:　　　　September 4, 2009
Time:　　　　9:00 a.m.
Courtroom:　7

　　　　It is stipulated by and between Sony Ericsson Mobile Communications AB ("SE") and Delta

Electronics (Thailand) Public Company Limited ("Delta") through their respective counsel, that –

subject to the approval of this Court – the hearing on SE's Motion for Attorneys' Fees (Doc. No.

142), currently scheduled for September 4, 2009, at 9:00 a.m., be continued to September 11, 2009,

at 9:00 a.m.  The Parties further stipulate that the last day for Delta to oppose the Motion shall be

August 21, 2009, and that the last day for SE to respond to Delta's opposition shall be August 28,

2009.

1    The Parties have reached a settlement of this matter, including the issues raised by SE's

2 motion, in principle and believe they will be able to fully resolve their differences without further

3 litigation.  The Parties respectfully request this extension to allow them time to finalize and

4 document their settlement.

5

6 Dated: August 13, 2009                          FISH & RICHARDSON P.C.

7

8                                                By: /s/ Keeley I. Vega
                                                     Keeley I. Vega

9
                                                 Attorneys for Respondent
10                                               DELTA ELECTRONICS (THAILAND)
                                                 PUBLIC COMPANY LIMITED
11

12 Dated: August 13, 2009                         SHEPPARD MULLIN RICHTER & HAMPTON
                                                  LLP
13

14                                               By: /s/ Brian R. Blackman
                                                     Brian R. Blackman
15

16                                               Attorneys for Petitioner
                                                 SONY ERICSSON MOBILE
17                                               COMMUNICATIONS AB

18
        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
19
   Dated:  August 14   , 2009
20

21

22                                               Honorable Maxine M. Chesney
                                                 United States District Judge
23

24

25

26

27

28
                                         2