Charles S. Donovan (#103667)
Brian R. Blackman (#196996)
Elise Sara (#253813)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: cdonovan@sheppardmullin.com

Attorneys for Petitioner
SONY ERICSSON MOBILE
COMMUNICATIONS AB

David J. Miclean (#115098/miclean@fr.com)
Keeley I. Vega (#259928/kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Respondent
DELTA ELECTRONICS (THAILAND)
PUBLIC COMPANY LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>        Petitioner,<br><br>      v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED<br><br>        Respondent. | Case No. 3:09-CV-01326 MMC (BZ)<br><br>ORDER APPROVING<br><br>**STIPULATION** ~~AND [PROPOSED] ORDER~~ **FOR EXTENSION OF TIME REGARDING PETITIONER'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:      September 11, 2009<br>Time:      9:00 a.m.<br>Courtroom:  7 |

It is stipulated by and between Sony Ericsson Mobile Communications AB ("SE") and Delta Electronics (Thailand) Public Company Limited ("Delta") through their respective counsel, that – subject to the approval of this Court – the hearing on SE's Motion for Attorneys' Fees (Doc. No. 142), currently scheduled for September 11, 2009, at 9:00 a.m., be continued to September 18, 2009, at 9:00 a.m.  The Parties further stipulate that the last day for Delta to oppose the Motion shall be August 28, 2009, and that the last day for SE to respond to Delta's opposition shall be September 4, 2009.

1    The Parties have reached a settlement of this matter, including the issues raised by SE's

2 motion, and the only outstanding matter is the receipt of the executed agreement from one of the

3 Parties located outside of the United States.  The Parties expect that this will be received by

4 Monday August 24, 2009.

5

6 Dated:  August 21, 2009                    FISH & RICHARDSON P.C.

7

8                                            By:  */s/ Keeley I. Vega*
                                                  Keeley I. Vega

9

10                                           Attorneys for Respondent
                                             DELTA ELECTRONICS (THAILAND)
11                                           PUBLIC COMPANY LIMITED

12 Dated:  August 21, 2009                   SHEPPARD MULLIN RICHTER & HAMPTON
                                             LLP
13

14                                           By:  */s/ Brian R. Blackman*
                                                  Brian R. Blackman
15

16                                           Attorneys for Petitioner
                                             SONY ERICSSON MOBILE
17                                           COMMUNICATIONS AB

18
          **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
19
   Dated:  ___August 24___, 2009
20

21

22                                           Honorable Maxine M. Chesney
                                             United States District Judge
23

24

25

26

27

28
                                             2