SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELISE SARA, Cal. Bar. No. 253813
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:	415-434-9100
Facsimile:	415-434-3947
Email:	cdonovan@sheppardmullin.com

Attorneys for Petitioner SONY ERICSSON
MOBILE COMMUNICATIONS AB

David J. Miclean (#115098/miclean@fr.com)
Keeley I. Vega (#259928/kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Respondent DELTA ELECTRONICS
(THAILAND) PUBLIC COMPANY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY ERICSSON MOBILE COMMUNICATIONS AB,<br><br>             Petitioner,<br><br>     v.<br><br>DELTA ELECTRONICS (THAILAND) PUBLIC COMPANY LIMITED,<br><br>             Respondent. | Case No. 3:09-CV-01326 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

Petitioner and Respondent stipulate:

1. Petitioner filed a Motion for Attorneys' Fees and Costs on July 15, 2009.

2. Petitioner and Respondent have reached an agreement to settle their dispute relating to attorneys' fees and costs. The parties are in the process of consummating that settlement.

3. Petitioner's motion should be withdrawn with possible reinstatement in the unlikely event the parties are unable to consummate a settlement of the dispute relating to attorneys' fees and costs.

Dated: August 28, 2009         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                               By    /s/ Charles S. Donovan
                                     CHARLES S. DONOVAN
                                     Attorneys for Petitioner

Dated: August 28, 2009         FISH & RICHARDSON P.C.

                               By    /s/ Keeley I. Vega
                                     KEELEY I. VEGA
                                     Attorneys for Respondent

**CERTIFICATION**

I, Keeley I. Vega, am the ECF User whose identification and password are being used to file this Stipulation And Order. In compliance with General Order 45.X.B., I hereby attest that Charles S. Donovan has concurred in this filing.

Dated: August 28, 2009         FISH & RICHARDSON P.C.

                               By    /s/ Keeley I. Vega
                                     KEELEY I. VEGA

**ORDER**

Having considered the parties' stipulation, the Court orders petitioner's Motion for Attorneys' Fees and Costs filed July 15, 2009 withdrawn, without prejudice to petitioner reviving its motion by filing a new notice of motion within 60 days of the date this order, if the parties are unable to consummate a settlement of the dispute relating to attorneys' fees and costs.

Dated: August 31, 2009

_____
United States District Judge